

**IT IS ORDERED as set forth below:**

**Date: April 22, 2013**

_____
C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| TARJI ARKEE CARTER | : | CASE NUMBER A11-70800-CRM |
| DEBTOR | : | JUDGE MULLINS |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS

On March 12, 2013 at 1:45 p.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtor's failure to make Chapter 13 plan payments thus causing a delinquency in said plan. It further appears to the Court that the Debtor through counsel, agreed at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. For cause shown, **IT IS HEREBY**

**ORDERED**, that the Debtor shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is completed. Debtor shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED** that should Debtor fail to make any payment due pursuant to the Plan on a timely basis for twenty four (24) months following entry of this Order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve notice of this Order to the Debtor, Debtor's attorney, and the Chapter 13 Trustee.

### END OF DOCUMENT

CONSENTED TO BY:

| | |
|---|---|
| ____/s/_____ | ____/s/_____ |
| Maria J. Kirtland | Cristinna Digiannantonio |
| Attorney for Chapter 13 Trustee | Attorney for Debtor |
| GA Bar Number 118350 | GA Bar No. 893510 |
| 303 Peachtree Center Ave., NE | Clark & Washington, P.C. |
| Suite 120 | Bldg. 3, Suite A |
| Atlanta, GA  30303 | 3300 Northeast Expwy. |
| | Atlanta, GA 30341 |
| | *Signed by Maria J. Kirtland with express permission* |

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303